IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS EDWARD FIELDS             :
                                      :
      v.                           :      CIVIL NO. CCB-12-69
                                      :      Criminal No. CCB-08-0241
UNITED STATES OF AMERICA     :
                              ...o0o...

## **MEMORANDUM**

Federal prison inmate Thomas Edward Fields pled guilty to a cocaine conspiracy and was

sentenced on November 19, 2009 to 188 months imprisonment.  Fields was sentenced as a career

offender based on two prior felony crimes of violence and one prior felony drug offense.  He

now seeks to vacate his sentence under 28 U.S.C. § 2255, alleging ineffective assistance of trial

and appellate counsel.[1]  For the reasons explained below, his motion will be denied.

Fields' claim that counsel was ineffective rests on his argument that he should not have

been sentenced as a career offender.  His status as a career offender was based on three prior

convictions: one for attempted robbery with a deadly weapon; one for robbery with a deadly

weapon; and one for possession with intent to manufacture/distribute narcotics, all as reflected in

the presentence report ("PSR") (¶¶ 26, 28, 32).  He argued both at trial and on appeal that the

attempted robbery conviction was too old to be counted.  This court and the Fourth Circuit both

rejected this argument, and noted that in any event Fields had a third qualifying conviction.  That

conviction was subject to a *coram nobis* petition, but the petition had not been granted by the

state court.[2]

Fields' argument about the age of his attempted robbery conviction, as it relates to his

violation of probation, has been thoroughly briefed and rejected already by this court and the

---

[1]  The Fourth Circuit appointed new counsel on appeal.
[2]  Indeed, either one or both *coram nobis* petitions filed by Fields apparently now have been denied.

Fourth Circuit.  Nor has any meritorious challenge been identified in connection with the other

two qualifying felonies.  Accordingly, counsel was not ineffective for failing to prevail on their

arguments, nor has any prejudice been shown.

Accordingly, a certificate of appealability will be denied and this motion will be

dismissed by separate order which follows.


October 16, 2013                                                        /s/
Date                                                          Catherine C. Blake
                                                             United States District Judge